**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORAD
Judge Christine M. Arguello**

Civil Action No. 08-cv-02633-CMA-MEH

AUDRA RODRIGUE,

    Plaintiff,

vs.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. # 18) and the Court being otherwise advised, it is

ORDERED that any and all claims in the above-captioned matter against Level 3 Communications, LLC and any of its affiliated entities be and hereby are DISMISSED WITH PREJUDICE pursuant to F.R.C.P. 41(a)(1).  Each party shall bear her or its own costs and attorneys' fees.

DATED:  June   1st  , 2009

                                                BY THE COURT:

                                                CHRISTINE M. ARGUELLO
                                                United States District Judge